IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**BETTY JO MEDLER**                                                                    **PLAINTIFF**

v.                              Case No. 4:22-CV-00891-LPR

**Commissioner, Social Security Administration**                                        **DEFENDANT**

## ORDER

The Court has reviewed the Recommended Disposition (RD) submitted by United States Magistrate Judge Joe J. Volpe and the Plaintiff's Objections.[1] After a *de novo* review of the RD, along with careful consideration of the objections and the case record, the Court concludes that the RD should be, and hereby is, approved and adopted in its entirety as this Court's findings and conclusions in all respects.[2]

IT IS THEREFORE ORDERED THAT the Commissioner's decision is AFFIRMED, and judgment will be entered for the Commissioner in this case.

DATED this 10th day of January 2024.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] Docs. 18 & 19.

[2] With one exception. The Court rejects the following sentence in the Magistrate Judge's RD: "So according to Mr. Jones, Ms. Medler is *not disabled*." Recommended Disposition (Doc. 18) at 4. But the rejection of this one sentence does not change the Court's overall analysis.