IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**BETTY JO MEDLER**                                                                                          **PLAINTIFF**

v.                                              Case No. 4:22-CV-00891-LPR

**Commissioner, Social Security Administration**                                                     **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered today, it is CONSIDERED, ORDERED, and ADJUDGED that the Commissioner's decision is AFFIRMED, and judgment is entered in favor of the Commissioner.

IT IS SO ADJUDGED this 10th day of January 2024.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE